UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kelvin Jerome Newkirk**                    **Docket No. 7:15-CR-19-1M**

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kelvin Jerome Newkirk, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 6, 2015, to the custody of the Bureau of Prisons for a term of 180 months. The court further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of five years.

On May 26, 2026, the case was reassigned from the Honorable Malcolm J. Howard, Senior U.S. District Judge to the Honorable Richard E. Myers II, Chief U.S. District Judge.

Kelvin Jerome Newkirk is scheduled to be released from custody on June 11, 2026, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** the defendant requested permission, while incarcerated, to reside at a residence located in the Western District of North Carolina. Following an individual assessment of the defendant by the probation office, it is respectfully recommended that the defendant comply with the mandatory, standard, and special conditions as ordered on October 6, 2015. Additionally, it is recommended that the defendant shall submit to a search, without a warrant or the consent of the defendant, if the probation officer has a reasonable suspicion that the defendant has committed a crime or violation of a condition of supervised release. The search may be of any place where evidence of the above may reasonably be expected to be found, including the defendant's person, property, house, residence, vehicle, communications or data storage devices or media or office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a search if the Probation Officer has a reasonable suspicion that the defendant has committed a crime or a violation of a condition of supervised release. Such a search may be conducted by a U.S. Probation Officer, and such other law enforcement personnel as the probation officer may deem advisable, without a warrant or the consent of the defendant. Such search may be of any place where evidence of the above may reasonably be expected to be found, including defendant's person, property, house, residence, vehicle, communications or data storage devices or media or office.

Except as herein modified, the judgment shall remain in full force and effect.

**Kelvin Jerome Newkirk**
**Docket No. 7:15-CR-19-1M**
**Petition for Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: May 27, 2026

## ORDER OF THE COURT

Considered and ordered this ___27th___ day of ___M_____, 2026, and ordered filed and made a part of the records in the above case.

_Richard E Myers II_
Richard E. Myers II
Chief United States District Judge